

FILED

JUL 1 3 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS,

                       Plaintiff,

    v.

ABBOTT LABORATORIES, ET AL.,

                      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

# 05C 4056

CASE NO.

**NOTICE OF REMOVAL**

(Federal Question)

## JUDGE NORGLE

## MAGISTRATE JUDGE COLE

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441 *et seq.*, all Defendants hereby notice removal of this civil action from the County Department, Chancery Division of the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois. This Court has removal jurisdiction because this is a civil action "of which the district courts have original jurisdiction" and an action "founded on a claim or right arising under . . . the laws of the United States." 28 U.S.C. § 1441(a) - (b); *see* 28 U.S.C. § 1331. In particular, federal question jurisdiction exists because the State of Illinois' claim to recover Medicare Part B co-payments raises a substantial federal question in that it requires the resolution of issues of federal law relating to the federal Medicare program. *See Grable & Sons Metal Prods., Inc. v. Darue Engineering & Manufacturing*, 545 U.S. ____, 125 S. Ct. 2363 (June 13, 2005); *cf. State of Montana v. Abbott Laboratories, Inc.*, 266 F. Supp. 2d 250, 255-56 (D. Mass. 2003).

In further support of this Notice, Defendants allege:

1.    On or about February 7, 2005, the State of Illinois filed the civil action captioned *The People of the State of Illinois v. Abbott Laboratories, et al.*, 05 CH 2474, in the Circuit Court of Cook County, Illinois.

2.    Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit C is a true and correct copy of all substantive records and proceedings from the state court.

3.    Pursuant to 28 U.S.C. § 1446(d), Defendants shall file a copy of this Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois, and serve plaintiff and all other parties with this Notice of Removal promptly after the filing of this Notice.

## I.    THE STATE OF ILLINOIS ACTION

4.    This case is substantially identical to numerous cases that have been transferred from district courts throughout the country and consolidated in a Multidistrict Litigation ("MDL") proceeding, *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456 (the "AWP MDL"), which is currently pending before the Honorable Patti B. Saris in the United States District Court for the District of Massachusetts.

5.    Like this case, many of the cases now pending in the AWP MDL were originally filed in state courts before removal to federal court. The AWP MDL currently includes similar actions brought by the States of Montana and Nevada. To preserve judicial resources and avoid potentially inconsistent rulings, almost all of the removed cases were initially stayed pending transfer by the Judicial Panel on Multidistrict Litigation to the AWP

MDL.[1] Defendants shall similarly seek a stay of proceedings in this action pending transfer by
the Judicial Panel on Multidistrict Litigation.

6.          The Complaint alleges claims against dozens of pharmaceutical
manufacturers. It alleges, in part, that each Defendant drug manufacturer caused the State of
Illinois' Medicaid program to overpay for that company's pharmaceutical products by reporting
inflated average wholesale price ("AWP") and other pricing information, which serves as a basis
for Illinois' Medicaid reimbursement rates for prescription drugs. Cmplt. ¶¶ 71-74.

7.          In addition, the State also seeks to bring claims in its *parens patriae* capacity
on behalf of all Illinois citizens who are Medicare Part B beneficiaries. Cmplt. ¶ 2. The State
alleges that by reporting allegedly inflated AWP pricing information, Defendants have caused
Medicare Part B beneficiaries in Illinois to make inflated Medicare Part B co-payments for
Defendants' prescription drugs, because, until recently, Medicare co-payments for prescription

---

[1] Specifically, the courts issued stays in the following twelve average wholesale price ("AWP")
actions: (i) *Geller v. Abbott Labs., Inc. et al.*, Case No. CV 02-00553 DDP (C.D. Cal. Mar. 22,
2002) (Pregerson J.) ("The Court finds that all factors, including the jurisdictional issues
presented and the potentially expansive nature of this litigation, favor granting the stay"); (ii)
*Montana v. Abbott Labs., Inc. et al.*, Case No. CV 02-09-H-DWM (D. Mont. June 21, 2002)
(Molloy J.) ("In this case, the benefit of judicial economy and consistency among pretrial rulings
outweighs any prejudice plaintiff may suffer as a result of a stay."); (iii) *Nevada v. Abbott Labs.,
Inc. et al.*, Case No. CV-N-02-80-ECR (D. Nev. Jul. 26, 2002) (Reed J.); (iv) *Nevada v.
American Home Prods., Inc.*, No. CV-N-02-202-ECR (D. Nev. Jul. 26, 2002) (Reed J.); (v)
*Thompson v. Abbott Labs. Inc. et al.*, Case No. CGC-02-411813 (N.D. Cal. Sept. 30, 2002)
(Wilken J.); (vi) *Rice v. Abbott Labs., Inc. et al.*, Case No. C 02-3925 (N.D. Cal. Nov. 26, 2002)
(Jenkins J.); (vii) *Virag v. Allergan, Inc. et al.*, Case No. 02-8417 RSWL (C.D. Cal. Jan. 7, 2003)
(Lew J.); (viii) *Turner v. Abbott Labs., et al.*, Case No. 02-CV-05006 (N.D. Cal. Mar. 3, 2003)
(Jenkins J.) (order granting stipulation by parties regarding stay of all proceedings); (ix) *Digel v.
Abbott Labs., Inc. et al.*, Case No. 03-2109 (W.D. Tenn. Mar. 10, 2003); (x) *Swanston v. TAP
Pharm. Prod. Inc., et al.*, Case No. 03-CV-62 (D. Ariz. May 16, 2003); (xi) *Int'l Union of
Operating Eng'rs Local No. 68 Welfare Fund v. AstraZeneca PLC*, 03 CV 03230 (D.N.J. July
23, 2003); and (xii) *County of Erie v. Abbott Labs.*, 05-CV-0259E (SC) (W.D.N.Y. June 1,
2005).

3

drugs covered under Part B were based upon published AWPs. Cmplt. ¶¶ 75-80; *see also* 42 U.S.C. 1395l(a), 1395u(o). The State seeks to recover the amounts allegedly overpaid for these Medicare Part B co-payments. Cmplt. ¶¶ 2, 75-80, 84, 88.

8.        The Complaint alleges further that, for Illinois Medicaid beneficiaries who are also qualified to receive federal Medicare benefits (known as "dual eligibles"), Illinois Medicaid pays the Medicare beneficiaries' 20% co-payment under Medicare Part B, which until recently was based on AWP. Cmplt. ¶ 78; *see also* 42 U.S.C. 1395l(a), 1395u(o).

9.        The Complaint purports to allege claims under the Unlawful Practices Section of the Illinois Consumer Fraud and Deceptive Business Practices Act ("ICFA"), the Wholesale Advertising section of the ICFA, the Vendor Fraud section of the Public Assistance Fraud Act; and Sections 3 and 4 of the Illinois Whistleblower Reward and Protection Act. The Plaintiff seeks various legal and equitable remedies.

## II.    REMOVAL BASED ON FEDERAL QUESTION JURISDICTION

10.        This Court has original jurisdiction over this action under 28 U.S.C. § 1331 because it arises under the laws of the United States. Specifically, federal question jurisdiction exists because the State of Illinois' claim to recover Medicare Part B co-payments in its *parens patriae* capacity on behalf of Illinois Medicare Part B beneficiaries raises a substantial federal question in that it requires the resolution of issues of federal law relating to the federal Medicare program, namely the meaning of AWP in the federal Medicare statute and regulations. *See Grable & Sons Metal Prods., Inc. v. Darue Engineering & Manufacturing*, 545 U.S. ____, 125 S. Ct. 2363, 2368 (June 13, 2005) (removal jurisdiction exists where the meaning of a federal

4

statute is an essential element of a state law claim); *cf State of Montana v. Abbott Laboratories, Inc.*, 266 F. Supp. 2d 250, 255-56 (D. Mass. 2003).

11.          The state law claims asserted by the State relating to Medicare Part B co-payments necessarily depend on an interpretation of the federal statute and regulations governing Medicare Part B reimbursement, which until recently pegged such reimbursement (and the corresponding 20% co-payment) to a drug's AWP.

12.          This Court has supplemental jurisdiction over plaintiff's non-federal claims pursuant to 28 U.S.C. § 1367.

## III.   REMOVAL IS TIMELY

13.          When originally filed, this action was not removable because Judge Saris, presiding over the AWP MDL, had ruled in an earlier attempt to remove other AWP actions brought by states that, under *Merrell Dow Pharm. Inc. v. Thompson*, 478 U.S. 804, 808 (1986), state law claims relating to Medicare Part B co-payments were not removable because there is no private cause of action under the federal Medicare statute, notwithstanding the fact that she found that interpretation of the federal Medicare statute was an essential element of those claims. *See State of Montana v. Abbott Laboratories, Inc.*, 266 F. Supp. 2d 250, 256-57 (D. Mass. 2003) (copy attached hereto as Exhibit A). Defendants thus could not remove this case in good faith because it would have been transferred to Judge Saris who had already made clear her opinion on the federal question issue.

14.          In *Grable & Sons Metal Prods., Inc. v. Darue Engineering & Manufacturing*, 545 U.S. ____, 125 S. Ct. 2363, (June 13, 2005) (copy attached hereto as Exhibit B), however, the Supreme Court ruled directly to the contrary, holding that state law claims that raise a

5

substantial federal question are removable to federal court regardless of whether the particular federal statute involved has a private right of action. *Grable* made clear that Judge Saris's previous removal decision in the *State of Montana* action had been incorrect. Thus, the Supreme Court's decision in *Grable* rendered this case removable where it had previously been non-removable.

15.        Pursuant to the second paragraph of 28 U.S.C. § 1446(b), this removal is therefore timely because it is filed within thirty days of receipt by Defendants of the United States Supreme Court's decision in *Grable*, which constitutes an "other paper from which it may first be ascertained" that this case is removable. *See Smith v. Burroughs Corp., et al.*, 670 F. Supp 740, 741 (E.D. Mich. 1987) (removal petition timely where defendants filed notice of removal within thirty days of Supreme Court decision rendering claim removable); *see also Davis v. Time Insurance Co.*, 698 F. Supp. 1317, 1321-22 (S.D. Miss. 1988); *but see Holiday v. Travelers Ins. Co.*, 666 F. Supp. 1286, 1289 (W.D. Ark. 1987).[2]

16.        Simultaneous with the removal of the Illinois action, Defendants are removing to federal court numerous other AWP actions brought by other states. The basis for removal of those actions is the same as that for this case. The interest of judicial efficiency would best be served by having Judge Saris, who has been dealing with AWP issues for over three years, decide any potential remand motions in these cases. Moreover, Judge Saris is exceptionally well-suited to decide any motion to remand because, as discussed above, Judge Saris is familiar

---

[2] In addition, to the extent there are defendants who have consented to removal that have not yet been served, there is an alternate basis as to why the removal is timely, because the "30 day" clock has not yet started to run for such defendant(s).

6

with the precise federal question issue that is raised in this case. Finally, allowing Judge Saris to determine this jurisdictional issue in all of the removed AWP cases will avoid the substantial risk of inconsistent rulings.

## IV.    CONSENT TO REMOVAL

17.    All served Defendants consent to and have joined in this Notice of Removal.

18.    No Defendant waives any defense to the Complaint, including but not limited to lack of service, improper service or lack of personal jurisdiction.

## V.    TRANSFER TO THE AWP MDL

19.    As discussed above, this action is substantially identical to dozens of cases that have been transferred from district courts throughout the country and consolidated in the AWP MDL. Once this action is removed to federal court, Defendants will notify the Judicial Panel on Multidistrict Litigation that this action is closely related to those pending before Judge Saris in the AWP MDL and thus should be treated as a "tag-along action" within the meaning of the Rules of the Judicial Panel on Multidistrict Litigation.

**WHEREFORE**, Defendants notice the removal of this case to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. §§ 1331 & 1441 *et seq.*

Dated:  July 13, 2005

7

Respectfully submitted,

By:

Richard D. Raskin
Michael Doss
Jaime L.M. Jones
Lara L. Liss
SIDLEY AUSTIN BROWN & WOOD, LLP #38315
10 S. Dearborn Street
Chicago, IL 60603
Tele: (312) 853-7000
Fax: (312) 853-7036
*Counsel for Defendant Bayer Corporation*

8

Daniel E. Reidy
James R. Daly
J. Ryan Mitchell
Jones Day
77 West Wacker Drive
Chicago, Illinois 60601-1692

**Attorneys for Abbott Laboratories and TAP
Pharmaceutical Products Inc.**

Of Counsel:
John R. Fleder
Hyman, Phelps & McNamara, P.C.
700 Thirteenth Street, N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 737-4580
Facsimile: (202) 737-9329

Daniel M. Noland
Robert K. Villa
Dykema Gossett Rooks Pitts PLLC
Ten S. Wacker Dr.
Chicago, IL 60606
Telephone: (312) 876-1700
Facsimile: (312) 876-1155

**Attorneys for Alpharma Inc.
and Purepac Pharmaceutical Co.**

By: _____

**Counsel for Alpha Therapeutic Corporation**
David M. Ryan (admitted *pro hac vice*)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110

Kurt Heinz
Martha Milia
ARNSTEIN & LEHR LLP
120 South
Riverside Plaza, Suite 1200
Chicago, Illinois 60606
Tel: (312)876-7100

AMGEN INC.

David S. Rosenbloom
David L. Hanselman, Jr.
Amy J. Carletti
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, Illinois 60606
Telephone: (312) 372-2000
Facsimile: (312) 984-7700

Attorneys for Amgen Inc.

*Of Counsel*:

Steven F. Barley
Joseph H. Young
Jennifer A. Walker
HOGAN & HARTSON LLP
111 South Calvert Street
Baltimore, Maryland 21202
Telephone: (410) 659-2700
Facsimile: (410) 539-6981

Dated: July 13, 2005

Dated: July 12, 2005          Respectfully submitted by:

ASTRAZENECA PHARMACEUTICALS LP and
ASTRAZENECA LP

By: _____
Richard J. Rappaport
Linda B. Dubnow
McGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601
Telephone: 312-849-8100
Facsimile: 312-849-3690
Firm I.D. No. 40426

and

D. Scott Wise
Michael S. Flynn
Carlos M. Pelayo
Kimberley D. Harris
Kristi T. Prinzo
DAVIS POLK & WARDELL
450 Lexington Avenue
New York, New York 10007
Telephone: 212-450-4000
Facsimile: 212-450-3800

Date: July 13, 2005

BY: _____

Richard M. Stock
John A. Simon
GARDNER CARTON & DOUGLAS LLP
191 N. Wacker Drive, Suite 3700
Chicago, IL  60606
Tel:  312-569-1398
Fax:  312-569-3398

Michael L. Koon
Joseph G. Matye
SHOOK, HARDY & BACON, LLP
2555 Grand Boulevard
Kansas City, Mo.  64108

Carlos Provencio
SHOOK, HARDY & BACON, LLP
Hamilton Square
600 14th Street, N.W., Suite 800
Washington, DC  20005

Counsel for Aventis Pharmaceuticals Inc.

Daniel F. Attridge, P.C.
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Suite 1200
Washington, DC 20005
(202) 879-5000

Drew G. A. Peel
KIRKLAND & ELLIS LLP
200 East Randolph Street
Chicago, Illinois 60601-6207
(312) 861-2000

John P. McDonald
LOCKE LIDDELL & SAPP LLP
2200 Ross Ave.
Suite 2200
Dallas, TX 75201
(214) 740-8758

*Counsel for B. Braun of America Inc.*

Karen N. Walker (admitted pro hac vice), kwalker@kirkland.com
Edwin John U (admitted pro hac vice), eu@kirkland.com
Barak Cohen (admitted pro hac vice), bcohen@kirkland.com
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Tel.: (202) 879-5000
Fax: (202)-879-5200

*Counsel for Barr Pharmaceuticals, Inc.*

BAXTER INTERNATIONAL, INC.,

BAXTER HEALTHCARE CORPORATION

By: _____
One of Their Attorneys

Charles G. Albert
Johner T. Wilson, III
ALBERT, WHITEHEAD, P.C.
10 North Dearborn Street, Suite 600
Chicago, Illinois 60602
Firm I.D. 38302

Merle M. DeLancey
Eden Heard
Dickstein Shapiro Morin &
Oshinsky, LLP
2101 L Street, NW
Washington, D.C. 20037

BOEHRINGER INGELHEIM CORP.,
BOEHRINGER INGELHEIM,
PHARMACEUTICALS, INC., BEN
VENUE LABORATORIES, INC., AND
ROXANE LABORATORIES, INC. n/k/a
BOEHRINGER INGELHEIM ROXANE,
INC.

By: _____
One of its attorneys

Nicholas J. Lynn
Amy E. McCracken
Duane Morris LLP
227 West Monroe St., Suite 3400
Chicago, Illinois   60606
(312) 499-6700

Paul J. Coval (*pro hac vice*)
Chelsey M. Vascura (*pro hac vice*)
Vorys, Sater, Seymour and Pease LLP
52 E. Gay Street
P.O. Box 1008
Columbus, Ohio 43216
(614) 464-6400

Defendant, BRISTOL-MYERS SQUIBB COMPANY notices the removal of this case to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. 1331 and 1441 et. seq.

Respectfully submitted,

**BRISTOL-MYERS SQUIBB COMPANY**

By: _____
            One of its attorneys

Anthony J. Anscombe
Melanie M. Brown
C. Kinnier Lastimosa
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One North Wacker Drive, Suite 4200
Chicago, IL 60604-1202
Telephone: (312) 641-9050
Facsimile: (312) 641-9530

CHIRON CORP.

James J. Stephen
PRETZEL & STOUFFER, CHARTERED
One South Wacker Drive
Suite 2500
Chicago, IL 60606-4673
Phone: 312-346-1973

and

Ronald L. Castle
Lisa A. Estrada
ARENT FOX PLLC
1050 Connecticut Avenue, NW
Washington, DC 20036
Phone: 202-828-3424

*Of Counsel:*
Paul F. Doyle
Christopher C. Palermo
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Fax: (212) 808-7897

Julian Solotorovsky
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Telephone: (312) 857-7070
Fax: (312) 857-7095

*Counsel for Defendant Dey, Inc.*

Dated: July 13, 2005                    Respectfully submitted,

                                        By: _____

Of counsel:

S. Craig Holden                         Susan A. Pipal
Kelly J. Davidson                       Diana J. Hsu
OBER, KALER, GRIMES & SHRIVER           WINSTON & STRAWN LLP, NO. 90875
A PROFESSIONAL CORPORATION              35 W. Wacker Drive
120 East Baltimore Street               Chicago, IL 60601-9703
Baltimore, MD 21202                     Tel: (312) 558-5600
Tel: (410) 685-1120                     Fax: (312) 558-5700
Fax: (410) 547-0699

                                        *Counsel for Elkins-Sinn, Inc.*

766764

Peter J. Venaglia, Esq.
Brian T. Rafferty, Esq.
DORNBUSH SCHAEFFER STRONGIN
   & WEINSTEIN, LLP
747 Third Avenue
New York, New York 10017
Telephone: (212) 759-3300
Facsimile: (212) 753-7673

Chris C. Gair, Esq.
FREEMAN, FREEMAN & SALZMAN, P.C.
401 North Michigan Avenue,
Suite 3200
Chicago, Illinois 60611-4207
Telephone: (312) 222-5100
Facsimile: (312) 822-0870

**Attorneys for Forest Laboratories, Inc.**

168335.1

Dated: July 13, 2005

Christopher Wilson
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
(312) 324-8400
Firm ID # 39225

David J. Burman
Kathleen M. O'Sullivan
Zoe Philippides
PERKINS COIE LLP
1201 Third Avenue, 48th Floor
Seattle, WA 98101-3099
(206) 359-8000

Attorneys for Defendant Immunex Corporation

Dated: July 12, 2005                    IVAX CORPORATION AND IVAX
                                        PHARMACEUTICALS, INC.


                                        _____
                                               Laurel A. Haskell


MICHAEL BEST & FRIEDRICH LLP
Laurel A. Haskell (#6243083)
401 N. Michigan Avenue
Suite 1900
Chicago, IL 60611-4274
Telephone: 312.222.0800
Facsimile: 312.222.0818


NOTICE OF REMOVAL

Dated: July 13, 2005

By: _Amh Prund_

Of Counsel:

Tyrone C. Fahner
Ashish S. Prasad
Tara E. Thompson
MAYER, BROWN ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Tel: (312) 782-0600
Fax: (312) 701-7711
Firm I.D. 38918

William F. Cavanaugh, Jr.
Andrew D. Schau
Erik Haas
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Tel: (212) 336-2000
Fax: (212) 336-2222

Attorneys for Defendants
JOHNSON & JOHNSON, JANSSEN
PHARMACEUTICA PRODUCTS, L.P., ORTHO-
MCNEIL PHARMACEUTICAL, INC., ORTHO
BIOTECH PRODUCTS, L.P., AND MCNEIL-
PPC, INC.

*Of Counsel:*

John M. Townsend
Robert P. Reznick
Robert B. Funkhouser
HUGHES HUBBARD & REED LLP
1775 I Street, N.W.
Washington, DC 20006-2401
Tel: (202) 721-4600
Fax: (202) 721-4646

Sarah R. Wolff
Michael D. Richman
SACHNOFF & WEAVER, LTD.
10 S. Wacker Drive
Chicago, IL 60606
Tel: (312) 207-6427
Fax: (312)-207-6400

*Attorneys for Defendant Merck & Co., Inc.*

Illinois Signature Page

Dated: July 13, 2005

Respectfully submitted,

Paul T. Fox
Howard K. Jeruchimowitz
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 2500
Chicago, Illinois 60601
Telephone: (312) 476-5037
Facsimile: (312) 456-8435

*Attorneys for Defendants Mylan Laboratories Inc.*
*and Mylan Pharmaceuticals Inc.*


*Of Counsel*

Gary R. Greenberg
Louis J. Scerra, Jr.
Jonathan D. Cohen
James M. Vant
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, Massachusetts 02110
Telephone: (617) 310-6000
Facsimile: (617) 310-6001

Respectfully Submitted,

David M. Simon (#6201941)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, 30th Floor
Chicago, Illinois 60606-1229
(312) 201-2618

Jane W. Parver (admitted *pro hac vice*)
Saul P. Morgenstern (admitted *pro hac vice*)
Mark D. Godler (admitted *pro hac vice*)
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022

*Attorneys for Defendant*
     *Novartis Pharmaceutical Corporation*

Respectfully submitted,

By: _____

One of the Attorneys for Defendant
Par Pharmaceutical Cos., Inc.

Richard J. Prendergast, Esq.
Michael T. Layden, Esq.
RICHARD J. PRENDERGAST, LTD. (#11381)
111 W. Washington St., Suite 1100
Chicago, Illinois 60602
(312) 641-0881

Richard M. Cooper, Esq.
Paul K. Dueffert, Esq.
Thomas J. Roberts, Esq.
WILLIAMS & CONNOLLY, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

Dated: July 13, 2005

Thomas A. Marrinson
Todd E. Domjan
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Sixth Floor
Chicago, IL 60601
Tel: (312) 324-1000
Fax: (312) 324-1001

John C. Dodds
Erica Smith-Klocek
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001

Scott A. Stempel
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: (202) 739-3000
Fax: (202) 739-3001

Attorneys for Defendant Pfizer Inc.

Dated: July 13, 2005

_____ Thomas A. Marrinson

Thomas A. Marrinson
Todd E. Domjan
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive, Sixth Floor
Chicago, IL 60601
Tel: (312) 324-1000
Fax: (312) 324-1001

John C. Dodds
Erica Smith-Klocek
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001

Scott A. Stempel
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: (202) 739-3000
Fax: (202) 739-3001

Attorneys for Defendant Pharmacia Corporation

Respectfully Submitted,

John E. Frey (#877549)
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive, 30th Floor
Chicago, Illinois 60606-1229
(312) 201-2672

Wayne Cross
Michael Gallagher
Brendan Woodard
Paul T. Olszowka
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036

*Attorneys for Defendant*
    *Sandoz Inc. (f/k/a Geneva Pharmaceuticals, Inc.)*

Schering-Plough Corp. and Warrick Pharmaceutical Industries, Ltd. (a misnomer for the correct name of Warrick Pharmaceuticals Corporation) hereby consent to, and join in, the removal of this action.

Dated:  July 12, 2005

By: _____
Michael M. Conway
Foley & Lardner, LLP
321 N. Clark Street
Suite 2800
Chicago, IL  60610-4764
Telephone: (312) 832-4351
Facsimile:  (312) 832-4700

John T. Montgomery
Brien T. O'Connor
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(Tel): 617-951-7000
(Fax): 617-951-7050

J. Steven Baughman
Patryk J. Drescher
ROPES & GRAY LLP
One Metro Center
700 12th Street, N.W., Suite 900
Washington, DC 20005-3948
Telephone:  (202) 508-4606
Facsimile:  (202) 508-4650

Attorneys for Schering-Plough Corp. and
Warrick Pharmaceutical Industries, Ltd.

Leslie D. Davis
Philip F. Ackerman
Dana Orr
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
Chicago, Illinois 60606
(312) 876-8000
(312) 876-7934 (telefax)
Firm No. 90784

Elizabeth I. Hack
Sonnenschein Nath & Rosenthal LLP
1301 K Street, N.W.
Washington, D.C. 20005
(202) 408-6400
(202) 408-6399 (telefax)

**Attorneys for Defendants Sicor, Inc. and
Teva Pharmaceuticals USA, Inc.**

Dated:        July 12, 2005

SmithKline Beecham Corporation, d/b/a
GlaxoSmithKline

By: _____

Paul F. Stack
STACK & FILPI CHARTERED
140 South Dearborn Street, Suite 411
Chicago, IL 60603-5298
Tele:  (312) 782-0690
Fax:  (312) 782-0936

Frederick G. Herold
Valerie M. Wagner
DECHERT LLP
1117 California Avenue
Palo Alto, CA 94304 -1106
Tel: (650) 813-4930
Fax: (650) 813-4848

Mark H. Lynch
Ronald G. Dove, Jr.
Jason R. Litow
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-7566
Tel. (202) 662-6000
Fax (202) 662-6291

Mark D. Seltzer
Matthew J. O'Connor
Mona M. Patel
Sarah A. Franklin
HOLLAND & KNIGHT LLP
10 St. James Ave.
Boston, MA 02116
Tel. (617) 523-2700
Fax. (617) 523-6850

**WATSON PHARMACEUTICALS, INC. AND WATSON PHARMA, INC.**

Daniel M. Noland
Dykema Gossett Rooks Pitts, PLLC
10 S. Wacker Drive, St. 2300
Chicago, Illinois 60606
PH: (312) 627-2100
FAX: (866) 546-2597

Douglas B. Farquhar
Hyman, Phelps, & McNamara, P.C.
700 13th Street, N.W.
Washington, D.C. 20005
PH: (202) 737-5600
FAX: (202) 737-9329

*Counsel for Defendants, Watson Pharma,*
*& Watson Pharmaceuticals, Inc.*

Date: July 13, 2005

By: _____

Richard M. Stock
John A. Simon
GARDNER CARTON & DOUGLAS LLP
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606

William D. Nussbaum
Jonathan T. Rees
Gregory M. Petouvis
HOGAN & HARTSON, LLP
555 13th Street, N.W.
Washington, DC 20004

*Attorneys for ZLB Behring, LLC f/k/a Aventis Behring LLC*

## CERTIFICATE OF SERVICE

I, Michael P. Doss, an attorney, hereby certify that on this date I have caused a copy of Notice of Removal and Appendix of Exhibits to be served on the following by hand delivery:

> Lisa Madigan
> Attorney General of the State of Illinois
> 100 West Randolph Street
> Chicago, IL 60601
> Tel: (312) 814-6141
>
> Benjamin C. Weinberg
> Paul J. Gaynor
> David F. Buysse
> Assistant Attorneys General
> 100 West Randolph Street
> Chicago, IL 60601
> Tel: (312) 814-6141
>
> Juson H. Miner
> Charles Barnhill, Jr.
> George F. Galland, Jr.
> Jeffrey I. Cummings
> Robert S. Libman
> Marni Willenson
> Special Assistant Attorneys General
> MINER, BARNHILL & GALLAND
> 14 W. Erie Street
> Chicago, IL 60610
> Tel: (312) 751-1170

and on counsel for the moving Defendants, per their agreement, by email.

Dated this _13_ day of _July_, 2005.

Michael P. Doss